NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON JAMES PIERCE,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>MATTHEW MARTEL, et al.,<br><br>　　　　　Defendants. | No. C 08-02630 JF (PR)<br><br>ORDER OF TRANSFER<br><br><br>(Docket Nos. 2 & 3) |

Plaintiff, a state prisoner proceeding pro se, filed the instant civil rights action pursuant to 42 U.S.C. § 1983 concerning the conditions of his confinement at the California Rehabilitation Center in Norco, California.  Because the acts complained of occurred, and the Defendants are located, in Riverside County, which lies within the venue of the Eastern Division of the Central District of California, 28 U.S.C. § 84(c)(1), venue properly lies in that district and not in this one.  See 28 U.S.C. § 1391(b).  Accordingly, this case is TRANSFERRED to the United States District Court for the Eastern Division of the Central District of California.  See 28 U.S. C. § 1406(a).  The Court will defer to the Central District on Plaintiff's motion to proceed in forma pauperis.  (Docket Nos. 2 & 3.)  The Clerk shall terminate all pending motions and transfer the entire file to the Eastern Division of the Central District of California.

　　　　IT IS SO ORDERED.

DATED: ___8/21/08___

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　JEREMY FOGEL
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Order of Transfer
P:\PRO-SE\SJ.JF\CR.08\Pierce02630_transfer.wpd